In the Matter of the Estate of HENRY H. ROGERS, Deceased. STATE TAX COMMISSION, Appellant; ALBERT STICKNEY et al., as Surviving Executors of HENRY H. ROGERS, Deceased, et al., Respondents.— The motion is referred to the court that rendered the decision on the appeal. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. Motion for reargument denied, without costs. Motion to amend decision granted and the decision is amended to read as follows: "Order reversed on the law, with costs to appellant, payable out of the estate of Henry H. Rogers, Jr., and the matter remitted to the Surrogate's Court of Suffolk County for the entry of an order fixing the tax, in which will be included, as part of said Henry H. Rogers' gross estate, the value of the life estates for his wife and daughter which he created from the property subject to the power. The findings of fact made in the Surrogate's Court have been considered and are affirmed. Opinion by Johnston, J." The opinion and the order are amended accordingly. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See ante, p. 551.]

In the Matter of STANDARD FOOD PRODUCTS CORP., Petitioner, against JOHN F. O'CONNELL et al., Constituting the STATE LIQUOR AUTHORITY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See ante, p. 905.]

IGNACI JAKUBOSKI, Appellant, v. MATSON NAVIGATION Co. et al., Respondents. IGNACI JAKUBOSKI, Respondent, v. MATSON NAVIGATION Co. et al., Appellants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See ante, p. 849.]

JEANETTE KELLY, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

LUNA PARK AMUSEMENT CORPORATION, Respondent, v. PRUDENCE-BONDS CORPORATION, Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

ALICE MACDONALD, as Administratrix of the Estate of MAY JOHNSTON, Deceased, Appellant, v. CITY OF BEACON, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See ante, p. 754.]

MANQUEEN CORPORATION, Appellant, v. JOHN DIERKS, Doing Business as DIERKS HEATING Co., Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

190 BOWERY CORPORATION, Respondent, v. ISAIAH LEFFAND, Doing Business under the Name of CENTURY RESTAURANT EQUIPMENT Co., Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK EX REL. CITY OF NEW YORK, Respondent, against GILBERT H. KNAPP et al., as Assessors of the Town of Bedford, Appellants. [Watershed property, Shaft 13, Town of Bedford.] — Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See ante, p. 858.]